UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRAWFORD,<br>           Petitioner,<br>     v.<br>C. KOENIG, WARDEN,<br>           Respondent. | Case No. 2:21-cv-02679-FLA (AGRx)<br><br>**JUDGMENT** |

   Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed for lack of subject matter jurisdiction.

Dated: September 30, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge